| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Sands, Willie L. | 2. Court or Organization District Court Middle Georgia | 3. Date of Report 05/15/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address C. B. King U. S. Courthouse 201 West Broad Avenue Albany, Georgia 31701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Mercer University |
| 2. | Trustee | Walter F. George School of Law Foundation, Inc. |
| 3. | Member | Albany Symphony Association, Inc. Board of Directors |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Raycom Media, Inc - Salary, TV News Anchor |
| 2. | 2017 | Self-employed, Singer/Performer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mercer University | August 2-4, 2017 | Asheville, NC | Trustee Workshop | Meals, lodging, activities & some on-location transportation (self & spouse) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Richard Neuwirth | personal loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Interest Checking | A | Interest | J | T | | | | | |
| 2. E*Trade Clearing LLC Brokerage (H) | A | Dividend | K | T | | | | | |
| 3. -AAPL common | | None | | | Sold | 01/24/17 | J | A | |
| 4. -EKSO common | | None | J | T | | | | | |
| 5. -EKSO common | | None | J | T | Buy (add'l) | 04/26/17 | J | | |
| 6. -EKSO common | | None | J | T | Buy (add'l) | 05/03/17 | J | | |
| 7. -EKSO common | | None | J | T | Buy (add'l) | 05/04/17 | J | | |
| 8. -EKSO common | | None | J | T | Buy (add'l) | 05/05/17 | J | | |
| 9. -EKSO common | | None | J | T | Buy (add'l) | 05/09/17 | J | | |
| 10. -EKSO common | | None | J | T | Buy (add'l) | 05/12/17 | J | | |
| 11. -EKSO common | | None | J | T | Buy (add'l) | 05/16/17 | J | | |
| 12. -EKSO common | | None | J | T | Buy (add'l) | 09/07/17 | J | | |
| 13. -IDCC common | A | Dividend | J | T | | | | | |
| 14. -ORBC common | | None | J | T | | | | | |
| 15. -PCRFY ADR | A | Dividend | J | T | | | | | |
| 16. -SENY common | | None | | | Sold (part) | 12/15/17 | J | | |
| 17. -SENY common | | None | | | Sold (part) | 12/18/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SENY common | | None | | | Sold (part) | 12/21/17 | J | | |
| 19. -SENY common | | None | | | Sold | 12/29/17 | J | | |
| 20. -UEC common | | None | J | T | | | | | |
| 21. -OA common | A | Dividend | J | T | | | | | |
| 22. -VSTO common | | None | | | Sold | 01/24/17 | J | | |
| 23. -BABA ADR | | None | J | T | | | | | |
| 24. -QRVO common | | None | J | T | | | | | |
| 25. -BLNK common X | | None | J | T | | | | | |
| 26. -EVSI common | | None | J | T | | | | | |
| 27. -532782208 (LINC) common | | None | J | V | | | | | |
| 28. -RACE | A | Distribution | J | T | | | | | |
| 29. Evertrade Direct Brokerage | A | Dividend | J | T | | | | | |
| 30. -BGC common | | None | | | Sold | 02/14/17 | J | | |
| 31. -BREW common | | None | | | Sold | 03/08/17 | J | | |
| 32. -LNTH common | | None | | | Sold | 04/13/17 | J | A | |
| 33. -STI common | A | Dividend | | | Sold | 03/14/17 | J | A | |
| 34. -STX common | A | Dividend | | | Sold | 04/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GOOD common X | A | Distribution | J | T | Buy | 04/28/17 | J | | |
| 36. -EVSI common X | | None | J | T | Buy | 07/25/17 | J | | |
| 37. -EVSI common | | None | J | T | Buy (add'l) | 08/15/17 | J | | |
| 38. -ARRRF common X | | None | J | T | Buy | 08/16/17 | J | | |
| 39. -ARRRF common | | None | J | T | Buy (add'l) | 11/15/17 | J | | |
| 40. -CREE common X | | None | J | T | Buy | 05/19/17 | J | | |
| 41. -CREE common | | None | | | Sold | 08/08/17 | J | A | |
| 42. -CTEQF common X | | None | J | T | Buy | 08/16/17 | J | | |
| 43. -CTEQF common | | None | J | T | Buy (add'l) | 10/02/17 | J | | |
| 44. -LOGI common X | | None | J | T | Buy | 01/09/17 | J | | |
| 45. -LOGI common | | None | | | Sold | 01/26/17 | J | A | |
| 46. -WLK common X | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 47. Raycom Media, Inc 401(k) | A | Int./Div. | L | T | | | | | |
| 48. -Vanguard Total Bond Market Index I | | None | J | T | | | | | |
| 49. -Vanguard Target Retirement 2025 Inv | | None | K | T | | | | | |
| 50. -Vanguard Equity Income Adm | | None | J | T | | | | | |
| 51. -Vanguard Mid-Cap Index Fund Instl | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Victory Sycamore Small Co Opportunity I | | None | J | T | | | | | |
| 53. -WF/BlackRock S&P 500 Index CIT N | | None | J | T | | | | | |
| 54. -WF/BlackRock Intl Eq Index CIT N | | None | J | T | | | | | |
| 55. -Touchstone Small Company Fund Class Y X | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 12: This was a purchase of EKSO shares resulting from an exercise of rights..

Line 26: BLNK was formerly CCGI which is shown on the 2016 Report. The name was changed after a reverse split.

Line 28: 532782208 (LINC) remains in my porfolio at 0.00 value following bankruptcy.

Line 36: Income from GOOD was in the form of non-dividend distributions.

Line 55: Touchstone Small Company Fund Class Y is an apparent replacement and/or renaming of Sentinel Small Company 1 shown at Line 127 of 2016 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Willie L. Sands**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544